## GOODTITLE, on the demise of BUTLER v. GREENAGE.

Court of Common Pleas. Kent. November, 1813.

*Clayton's Notebook, 29.*

*Clayton* for plaintiff. The possession of the tenant in dower was not adverse. It is like the case of one tenant in common in possession of the whole. Esp.N.P. 433. And at all events we must recover a moiety, as we had no right of entry on the widow's part until 1793; and so not barred by Chapter 40c, 2 Del. Laws [1155].

*Hall* [for] defendant.

Court (CHIEF JUSTICE BOOTH and JUSTICE HALL) divided and gave no charge.

Verdict for plaintiff for the whole.

NOTE. It was understood that the verdict of the jury was in conformity with the opinion of the Chief Justice.

---

*Clayton's Notebook, 29.*

In the vacation following the Fall Terms, 1813, ISAAC DAVIS, Esquire, was appointed an additional Associate Justice of the Supreme Court and JOHN WAY, Esquire, an additional associate justice of the Court of Common Pleas.